CK #3018

# DIVIDENDS REMITTED TO THE COURT
Check Number 3018 Dated 10/27/10
Case Number 09-12818 - WITT, STEVEN R

Rec. #151232

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **University Hospitals Medical Group**<br>P.O. Box 74116<br>Cleveland, OH 44194<br>(10-1) Services Provided | 000010 | 5.19 | 0.26 |
| **Recovery Management Systems Corporation**<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000017 | 99.50 | 4.96 |
| ---------- Remittance Total --------------- | | 104.69 | 5.22 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 NOV -2 PM 1:08
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND